AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAY 14 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| **CHRISTOPHER BERTOLETT** | ) | Case No. 4:21mj-47-HBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

In or about May 2021 in the county of Daviess, in the Western District of Kentucky, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Online enticement |
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2423(b) | Interstate travel to engage in illegal sexual activity |

This criminal complaint is based on these facts:

X     Continued on the attached sheet

/s/ Bo Alexander
*Complainant's signature*

Bo Alexander
Special Agent, United States Secret Service
*Printed name and title*

By TELEPHONE HBB
Sworn to ~~before me and signed in my presence~~.

Date: 5/14/21

*Judge's Signature*

H. BRENT BRENNENSTUHL
United States Magistrate Judge
*Printed Name and Title*

City and State: Bowling Green, Kentucky

MAB:JEL