UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

FILED
JAMES J. VILT, JR. - CLERK
JUN 09 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**CHRISTOPHER BERTOLETT**

NO. 4:21CR-18-JHM

INDICTMENT

18 U.S.C. § 1470
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 1467
18 U.S.C. § 2253
18 U.S.C. § 2428

The Grand Jury charges:

COUNT 1
(*Online enticement of a minor*)

In or about and between January 2021, and May 2021, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **CHRISTOPHER BERTOLETT**, using a facility and means of interstate commerce, did knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 2
*(Transfer of obscene matter to a minor)*

On or about February 4, 2021, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **CHRISTOPHER BERTOLETT**, using a facility and means of interstate commerce, did knowingly transfer obscene matter, specifically, pictures of his naked, erect penis, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 3
*(Production of child pornography)*

In or about and between January 2021 and May 2021, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **CHRISTOPHER BERTOLETT**, knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

### COUNT 4
*(Interstate travel to engage in illegal sexual activity)*

On or about May 9, 2021, in the Western District of Kentucky, and elsewhere, the defendant, **CHRISTOPHER BERTOLETT**, knowingly travelled in interstate commerce, that is, from Missouri to Kentucky, with a motivating purpose of engaging in illicit sexual conduct with another person.

In violation of Title 18, United States Code, Section 2423(b).

### NOTICE OF FORFEITURE

As a result of committing the offenses set out in Counts 1 - 4 of this Indictment, the defendant, **CHRISTOPHER BERTOLETT**, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 1467, 2253 and 2428, all of the right, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses as well as all visual depictions described in 2251 which were produced in violation of Chapter 110 of Title 18.

A TRUE BILL.

**REDACTED**

_Michael A. Bennett (signature)_
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:JEL:210601

UNITED STATES OF AMERICA v. **CHRISTOPHER BERTOLETT**

## PENALTIES

Count 1:   NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
   *mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)
Count 2:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 3:   NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
   *mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)
Count 4:   NM 30 yrs./$250,000/both/NL 5yrs/NM Life Supervised Release
   *mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual         Felony:   $100 per count/individual
   $125 per count/other              $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.   You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.   18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.   This rate changes monthly.   Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.   18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | | |
|---|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY   40202<br>502/625-3500 | |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY   42101<br>270/393-2500 | |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY   42301<br>270/689-4400 | |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY   42001<br>270/415-6400 | |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.