UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
4:21-cr-00018-JHM

UNITED STATES OF AMERICA           PLAINTIFF

VS

CHRISTOPHER BERTOLETT           DEFENDANT

## SENTENCING MEMORANDUM

Comes Defendant, by and through counsel, submitting its sentencing memorandum and states as follows:

**GUIDELINE CALCULATION**

The Defendant does not object to the guideline calculation in the presentence report. However, it will argue that a sentence of 360 months grossly overstates the offense conduct in this case. Such a sentence is reserved for the worst of the worst in the federal criminal system. The Defendant does not fall in that category. While not minimizing the seriousness of the offense and relevant conduct, thirty years in prison for a defendant with no criminal history and a one-time encounter with a minor is would be unduly harsh sentence and not serve the interests of justice.

**DEFENDANT'S MILITARY RECORD**

Defendant has submitted letters from friends and records from his service which reflect a person who is kind, thoughtful, responsible and someone who served his country with honor and

distinction. For the entirety of Defendant's life before the conduct in the present case, Defendant was a law-abiding citizen who had a long history of service to others. As is reflected in letters to the Court, the people who have known the defendant since childhood are in disbelief that he would be capable of the offense conduct for which he has pled guilty. It is inconsistent with his personal history and character. How the defendant lived his life prior to this case should count for something and distinguish him from those who are in the a sentencing range of 360 months to life. Therefore, the Defendant will be asking the Court to sentence him to 15 years, the mandatory minimum. Such a sentence would serve the interests of justice and not diminish the seriousness of the offense. Defendant would be 65 years old when released.

**RESTITUTION/ FINES**

The Defendant objects to the restitution request of the victim in this case as excessive and without basis. However, Defendant is working with the U.S. Attorney to reach an agreement on this issue prior to sentencing.

The Defendant also will argue that he is not in a position to pay a fine in this case. Such would only penalize his spouse and other family members.

Respectfully submitted,

/S/John L. Caudill
John L. Caudill
2253 Canonero Loop
Owensboro, Ky 42301
john@caudill.legal
270-925-0447

## CERTIFICATION

    I hereby attest that a copy of the foregoing Motion was served on the United States Attorney for the Western District of Kentucky on this the 16th day of NOVEMBER 2022 via the CM/ECF electronic case filing system for the Western District of Kentucky.

/S/John L. Caudill